UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL GISPERT-POE,<br><br>Defendant | Criminal No.  21cr10240<br><br>Violations:<br><br>Count One: Dealing in Firearms without a License<br>(18 U.S.C. § 922(a)(1)(A))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d)(1) ; 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Dealing in Firearms without a License
(18 U.S.C. § 922(a)(1)(A))

The United States Attorney charges:

At various times unknown to the United States Attorney, but from at least in or about April 2020 and continuing until at least in or about July 2020, in the District of Massachusetts and elsewhere, the defendant,

GABRIEL GISPERT-POE,

not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## FIREARMS FORFEITURE ALLEGATIONS
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(a)(1)(A), set forth in Count One, the defendant,

GABRIEL GISPERT-POE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

/s/ William F. Abely
_____
WILLIAM F. ABELY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

3