**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** III / C    **Investigating Agency** ATF |
| **City** Boston | **Related Case Information:** |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ <br> Same Defendant _____ New Defendant see notes <br> Magistrate Judge Case Number _____ <br> Search Warrant Case Number (see notes) <br> R 20/R 40 from District of _____ |

**Defendant Information:**

Defendant Name: Gabriel Gispert-Poe    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Hope Mills, NC

Birth date (Yr only): 1997   SSN (last4#): 2371   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** James Krasnoo    Address: 28 Andover St., Ste 240, Andover, MA

**Bar Number**: _____

**U.S. Attorney Information:**

AUSA: Bill Abely    Bar Number if applicable: 660281

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/06/2021    Signature of AUSA: *[signed]*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Gabriel Gispert-Poe

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 922(a)(1) | Dealing in firearms without a license | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search warrants 20-mj-5299-JGD, 20-mj-5341-JGD, 20-mj-5342-JGD, 20-mj-5343-JGD, 20-mj-5344-JGD, 20-mj-5365-JGD, 20-mj-5366-JGD, 21-mj-5155-JGD

Note: each of these search warrants relate to this defendant and/or to the defendant charged with a related offense in US v. Chiweze Ihunwo, Case No 1:21-cr-10024-LTS